UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELBERT MORGAN | : | CIVIL NO. 3:14CV1961 (RNC) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN KANE, ET AL, | : | |
| *Defendants.* | : | MAY 1, 2015 |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and D.Conn.L.Civ. 7, the defendants move to dismiss the plaintiff's Complaint filed on December 26, 2014 (Document #1) because plaintiff's claims are barred by absolute prosecutorial immunity and the Eleventh Amendment and plaintiff has failed to allege standing to seek injunctive relief. In further support of this motion, defendants submit the attached memorandum of law to which the Court is respectfully referred.

DEFENDANTS
Kevin Kane, et al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY: */s/ Steven M. Barry*
Steven M. Barry
Assistant Attorney General
Fed. Bar. No. ct07825
110 Sherman Street
Hartford, CT 06106
Tel: (860) 808-5450
Fax: (860) 808-5591
E-mail: steven.barry@ct.gov

2

## CERTIFICATION

     I hereby certify that on May 1, 2015, a copy of the foregoing Motion to Dismiss was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

*/s/ Steven M. Barry*
Steven M. Barry
Assistant Attorney General