# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELBERT L. MORGAN,

V.

**SUMMONS IN A CIVIL CASE**

KEVIN T. KANE, ET AL.,

CASE NUMBER: 3:14−CV−01961−RNC

TO: **J. Severin Bergeron**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rachel M. Baird**
**Rachel M. Baird & Associate**
**8 Church Street, Ste 3B**
**Torrington, CT 06790**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − T Sundie
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2015−07−20 09:15:20.0**, Clerk
USDC CTD

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J. Severin Bergeron

was received by me on *(date)* 7/28/2015 .

☑ I personally served the summons on the individual at *(place)* 670 George Washington Highway, Lincoln. RI 02865 on *(date)* 7/30/2015; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 134.55 for travel and $ 65.45 for services, for a total of $ 200.00

I declare under penalty of perjury that this information is true.

Date: 08/04/2015

*Server's signature*

John Kunkiewicz
*Printed name and title*

74 Behrens Road
New Hartford, CT 06057

*Server's address*

Additional information regarding attempted service, etc: