UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELBERT L. MORGAN,** individually, and on behalf of others similarly situated, | : : : | |
| Plaintiffs, | : : | CASE NO.: 3:14-cv-01961-RNC |
| v. | : : | |
| **KEVIN T. KANE,** Chief State's Attorney, Division of Criminal Justice, In His Official and Individual Capacities, **MICHAEL L. REGAN,** State's Attorney For the Judicial District of New London, In His Official and Individual Capacities, **MARY JEAN KANABIS,** Assistant State's Attorney, Judicial District of New London, In Her Individual Capacity, J. SEVERIN BERGERON, | : : : : : : : : : | |
| Defendants. | : | March 31, 2016 |

## FIRST STATUS REPORT

a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING OR ANTICIPATED MOTIONS AND ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER, AS WELL AS A DETAILED STATEMENT OF ALL DISCOVERY UNDERTAKEN TO DATE, INCLUDING HOW MANY DEPOSITIONS EACH PARTY HAS TAKEN AND THE SPECIFIC DISCOVERY THAT REMAINS TO BE COMPLETED;

Defendant anticipates filing a motion for summary judgment after discovery.
Both parties are coordinating amicably with regard to the scheduling of depositions as the schedule of counsel, plaintiff, defendant and fact witnesses will permit.
Interrogatories & Requests for Production are being drafted by both counsel.
The undersigned do not anticipate any difficulty complying with the scheduling order; however, if any are discovered the undersigned will take all reasonable steps to resolve them without requiring court involvement.

b) ANY INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR THE DISTRICT COURT'S SPECIAL MASTERS PROGRAM;

The parties believe it is premature at this time; however, based on discussions they parties anticipate they will be requesting the court's assistance for settlement discussions.

c)  WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE;

The Plaintiff does not consent to either a jury or bench trial before a Magistrate Judge.

d)  THE ESTIMATED LENGTH OF TRIAL.

    Jury selection 1 day, trial 3 days.

    PLAINTIFF
    ELBERT L. MORGAN

BY:  /s/ Mitchell Lake
    Mitchell Lake (ct28715)
    Rachel M. Baird & Associate
    15 Burlington Road
    Harwinton, CT 06791
    Tel: (860) 605-9340
    Fax: (860) 605-9343
    Email:  Mlake@rachelbairdlaw.com

    DEFENDANTS
    J. SEVERIN BERGERON
    GEORGE JEPSEN
    ATTORNEY GENERAL

BY:  /s/ Steven M. Barry
    Steven M. Barry
    Assistant Attorney General
    Fed. Bar. No. ct07825
    110 Sherman Street
    Hartford, CT 06106
    Tel: (860) 808-5450
    Fax: (860) 808-5591
    E-mail: steven.barry@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first above a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                               /s/ Mitchell Lake
                                               Mitchell Lake
                                               Commissioner of the Superior Court