Civil- (Dec-2008)

HONORABLE: Chatigny, Robert

DEPUTY CLERK Glynn, T.　　　RPTR/ECRO/TAPE Warner, Darlene

TOTAL TIME: _____ hours  17  minutes

DATE: 8/11/16　　　START TIME: 3:38　　　END TIME: 3:45

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 14cv1961 RNC

Elbert L. Morgan　　　　　　　　　　　　Rachel M. Baird
　　　　　　　　　　　　　　　　　　　　Plaintiff's Counsel

vs
Kevin T. Kane, et al　　　　　　　　　　Steven Barry
　　　　　　　　　　　　　　　　　　　　Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing　　　　☐ Show Cause Hearing
☐ Evidentiary Hearing　　☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  TSC

☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☑ ………… Telephone status conference held. ☐ filed ☐ docketed
☑ ………… After depositions are completed, counsel will confer and report back to ☐ filed ☐ docketed
☐ ………… the Court whether they like a settlement conference. ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____