**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ELBERT L. MORGAN,** individually, and on behalf of others similarly situated, | : : : | |
| Plaintiffs, | : : | CASE NO.: 3:14-cv-01961-RNC |
| v. | : : | |
| **KEVIN T. KANE,** Chief State's Attorney, Division of Criminal Justice, In His Official and Individual Capacities, **MICHAEL L. REGAN,** State's Attorney For the Judicial District of New London, In His Official and Individual Capacities, **MARY JEAN KANABIS,** Assistant State's Attorney, Judicial District of New London, In Her Individual Capacity, J. SEVERIN BERGERON, | : : : : : : : : : | |
| Defendants, | : | February 14, 2017 |

## STATUS REPORT

a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING OR ANTICIPATED MOTIONS AND ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER, AS WELL AS A DETAILED STATEMENT OF ALL DISCOVERY UNDERTAKEN TO DATE, INCLUDING HOW MANY DEPOSITIONS EACH PARTY HAS TAKEN AND THE SPECIFIC DISCOVERY THAT REMAINS TO BE COMPLETED;

Defendant anticipates filing motion to extend time for summary judgment until April 1, 2017.
Defendant anticipates filing a motion for summary judgment after discovery with court's permission.
Both parties are coordinating amicably with regard to the scheduling of depositions as the schedule of counsel, plaintiff, defendant and fact witnesses will permit.
Interrogatories & Requests for Production are not anticipated but would be exchanged by agreement and responded to by both counsel.
The undersigned have had difficulty in complying with the scheduling order due to family events on both sides involving death or long term hospitalization of close family members.
Each side anticipates only one deposition (Plaintiff Morgan & Defendant Bergeron) to take place within the next 30 days.

b)   ANY INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR THE DISTRICT COURT'S SPECIAL MASTERS PROGRAM;

The parties believe it is premature at this time; however, based on discussions they parties anticipate they will be requesting the court's assistance for settlement discussions.

c)   WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE;

The Plaintiff does not consent to either a jury or bench trial before a Magistrate Judge.

d)   THE ESTIMATED LENGTH OF TRIAL.

   Jury selection 1 day, trial 3 days.

                              PLAINTIFF
                              ELBERT L. MORGAN


                     BY:   /s/ Mitchell Lake
                              Mitchell Lake (ct28715)
                              Rachel M. Baird & Associate
                              15 Burlington Road
                              Harwinton, CT 06791
                              Tel: (860) 605-9340
                              Fax: (860) 605-9342
                              Email:  Mlake@rachelbairdlaw.com

                              DEFENDANTS
                              J. SEVERIN BERGERON
                              GEORGE JEPSEN
                              ATTORNEY GENERAL


                     BY:   /s/ Steven M. Barry
                              Steven M. Barry
                              Assistant Attorney General
                              Fed. Bar. No. ct07825
                              110 Sherman Street
                              Hartford, CT 06106
                              Tel: (860) 808-5450
                              Fax: (860) 808-5591
                              E-mail: steven.barry@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first above a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                             <u>/s/ Mitchell Lake</u>
                                             Mitchell Lake
                                             Commissioner of the Superior Court