UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELBERT MORGAN | : | NO. 3:14cv01961(RNC) |
| VS. | : | |
| KEVIN KANE, ET. AL, | : | JULY 28, 2017 |

## **DEFENDANT BERGERON'S ANSWER AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT**

1-4.   As to the allegations in paragraphs 1-4, the defendant Bergeron does not respond as the paragraphs raise allegations concerning claims and parties that have been dismissed from this case.

5.   The defendant admits that he resigned as a sworn police officer in November 2013.   As to the remainder of paragraph 5, the plaintiff is left to his proof.

6.   As to the allegations in paragraph 6, the defendant Bergeron does not respond as the paragraph raises allegations concerning claims and parties that have been dismissed from this case.

7.   Defendant Bergeron admits that he was acting under color of state law in December 2011.   As to the remainder of the allegations in paragraph 7, the defendant Bergeron does not respond as the paragraph raises allegations concerning claims and parties that have been dismissed from this case.

8.   Defendant does not contest the jurisdiction of this Court.

9.   As to the allegations of paragraph 9, the plaintiff is left to his proof.

      10-13.  As to the allegations in paragraphs 10-13, the defendant Bergeron does not respond as the paragraphs raise allegations concerning claims and parties that have been dismissed from this case.

      14.      Paragraph 14 is admitted.

      15.      As to the allegations of paragraph 15, the plaintiff is left to his proof.

      16.      Paragraph 16 is admitted.

      17-20.  As to the allegations of paragraphs 17-20, the plaintiff is left to his proof.

      21.      Defendant Bergeron admits that he participated in the arrest of the plaintiff.   As to the remainder of the allegations of paragraph 21, the plaintiff is left to his proof.

      22.      The allegations of paragraph 22 are denied in the terms alleged.   As to the language of the subject statute, the plaintiff is left to his proof.

      23-29.  As to the allegations of paragraphs 23-29, the plaintiff is left to his proof.

      30-50.  As to the allegations in paragraphs 30-50, the defendant Bergeron does not respond as the paragraphs raise allegations concerning claims and parties that have been dismissed from this case.

51-73.   As to the allegations of paragraphs 51-73, the plaintiff is left to his proof. Furthermore, the allegations in paragraphs 51-73 raise allegations concerning claims and parties that have been dismissed from this case.

74.   Paragraph 74 is admitted.

75-85.   As to the allegations in paragraphs 75-85, the defendant Bergeron does not respond as the paragraphs raise allegations concerning claims and parties that have been dismissed from this case.

86.   The responses to Paragraphs 1-77, are incorporated herein as the responses to Paragraph 86.

87-89.   The allegations of paragraphs 87-89 are denied.

### FIRST AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendant Bergeron acted within the scope of his duties as an officer of the State of Connecticut and acted with a good faith belief that his actions were lawful and, therefore, he is entitled to qualified immunity from monetary damages.

THE DEFENDANT

BY: _____/s/_____
STEVEN M. BARRY (ct07825)
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
steven.barry@ct.gov
His Attorney

## **CERTIFICATION**

I hereby certify that on July 28, 2017, a copy of the foregoing Answer and Affirmative Defense was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____/s/_____
Steven M. Barry
Assistant Attorney General