UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELBERT L. MORGAN,
individually, and on behalf of others
similarly situated,

Plaintiff,                                                                CASE NO. 3:14-cv-01961-RNC

v.

KEVIN T. KANE, Chief State's Attorney,
Division of Criminal Justice, In His Official and
Individual Capacities, MICHAEL L. REGAN,
State's Attorney for the Judicial District of
New London, In His Official and Individual
Capacities, MARY JEAN KANABIS, Assistant
State's Attorney, Judicial District of New
London, In Her Individual Capacity, J.
SEVERIN BERGERON,

Defendants.

## JUDGMENT

This action came on for consideration of defendant J. Severin Bergeron's motion for summary judgment filed on October 20, 2017, before the Honorable Robert N. Chatigny, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having issued its order on August 29, 2018, granting the defendant's motion, and the parties Kevin T. Kane, Michael L. Regan and Mary Jean Kanabis having been previously dismissed on July 15, 2015; it is therefore

ORDERED, ADJUDGED AND DECREED that judgment enter for the defendants and this case is closed.

Dated at Hartford, Connecticut, this 30th day of August 2018.

ROBIN  D. TABORA, Clerk

By__/s/  Lynne Pipech_____
     Lynne Pipech, Deputy Clerk

EOD: 8/31/2018